No. 79–5768.   LONG *v.* MARYLAND.   Ct. Sp. App. Md. Certiorari denied.

No. 79–101.   BLUM, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK, ET AL. *v.* SWIFT ET AL.   C. A. 2d Cir.   Motion of respondents for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 79–836.   MITCHELL, WARDEN *v.* HARRIS.   C. A. 4th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 79–377.   DOW JONES & CO., INC., ET AL. *v.* UNITED STATES POSTAL SERVICE;

No. 79–378.   MAGAZINE PUBLISHERS ASSN., INC., ET AL. *v.* UNITED STATES POSTAL SERVICE; and

No. 79–379.   AMERICAN BUSINESS PRESS, INC. *v.* UNITED STATES POSTAL SERVICE.   C. A. D. C. Cir.   Certiorari denied. MR. JUSTICE WHITE would grant certiorari.   Reported below: 197 U. S. App. D. C. 78, 607 F. 2d 392.

No. 79–519.   HANDGARDS, INC. *v.* ETHICON, INC.; and

No. 79–674.   ETHICON, INC. *v.* HANDGARDS, INC.   C. A. 9th Cir.   Certiorari denied.   MR. JUSTICE WHITE would grant certiorari.   Reported below: 601 F. 2d 986.

No. 79–667.   MICHIGAN *v.* ROSALES.   Sup. Ct. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.   MR. JUSTICE BLACKMUN would grant certiorari.

No. 79–726.   LOUISVILLE AND JEFFERSON COUNTY METROPOLITAN SEWER DISTRICT ET AL. *v.* CITY OF EVANSVILLE, INDIANA, ET AL.   C. A. 7th Cir.   Certiorari denied.   MR. JUSTICE STEWART would grant certiorari.